IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20267
Conference Calendar
_____

EDWARD A. KOHLER,

Plaintiff-Appellant,

versus

WILLIAM L. MCADAMS;
APRIL L. SMITH,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-3822
- - - - - - - - - -
August 15, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Edward Kohler, Texas prisoner # 540028, appeals the
dismissal of his § 1983 complaint as frivolous pursuant to 28
U.S.C. § 1915(e)(2)(B).  Because the defendants are immune from
suit, dismissal under § 1915 was proper; Kohler's claims against
these defendants have no arguable basis in law.  See Graves v.
Hampton, 1 F.3d 315, 317-18 (5th Cir. 1993).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

This appeal is frivolous. We caution Kohler that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Kohler is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED. <u>See</u> 5th Cir. R. 42.2. SANCTION WARNING ISSUED.